**People of the State of Illinois, Plaintiff-Appellee, v. Freddy L. Jones, Defendant-Appellant.**

**Gen. No. 53,227. (Abstract of Decision.)**

First District, First Division.

April 6, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE ADESKO. Not to be published in full.